AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case: 1:26-mj-00056 |
| | ) | Assigned To: Judge Faruqui, Zia M. |
| Robert Clark | ) | Assign. Date: 3/17/2026 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 2, 2026 - February 5, 2026  in the  District of  Columbia
the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(2) and (b)(1) (Distribution of Child Pornography) . | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Kelly McLeod*
_____
*Complainant's signature*

Kelly McLeod, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:      03/17/2026
_____
*Judge's signature*

City and state:      Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
_____
*Printed name and title*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROBERT CLARK** | Case: 1:26-mj-00056<br>Assigned To: Judge Faruqui, Zia M.<br>Assign. Date: 3/17/2026<br>Description: COMPLAINT W/ARREST WARRANT<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT & ARREST WARRANT**

I, Kelly McLeod, being first duly sworn, hereby depose and state as follows:

**AFFIANT BACKGROUND**

1.      I submit this affidavit in support of a criminal complaint charging ROBERT CLARK with Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2). Specifically, between February 2, 2026, through February 5, 2026, ROBERT CLARK (hereinafter "CLARK") knowingly distributed child pornography via the messaging application Session to a Federal Bureau of Investigation ("FBI") undercover employee ("UC") located in the District of Columbia.

2.      Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

**AFFIANT BACKGROUND**

3.       I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since September 2019. I am thus a "federal law enforcement officer" as defined by Fed. R.

1

Crim. P. 41(a)(2)(C). As part of my duties as a Special Agent, I am currently assigned to the FBI Washington Field Office's Child Exploitation and Human Trafficking Task Force (CEHTTF). In my current assignment, I investigate violations of federal law, to include human trafficking and the online sexual exploitation of children. I have had numerous hours of professional law enforcement training in the detection and investigation of criminal offenses. I have written, executed, and/or participated in the execution of numerous search warrants, including search warrants of social networking platforms. As part of my duties as a Special Agent, I investigate criminal child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A and crimes related to sex trafficking and other commercial sex offenses in violation of 18 U.S.C. §§ 1591. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

5.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2) and (b)(1) (distribution of child pornography) (hereafter, the "TARGET OFFENSE") have been committed by ROBERT CLARK.

**PROBABLE CAUSE**

4.      On Monday, February 02, 2026, an FBI Task Force Officer (TFO) assigned to the Washington Field Office (WFO) Child Exploitation and Human Trafficking Task Force (CEHTTF) was acting in an undercover (UC) capacity and operating out of a satellite office in Washington, D.C.  In that capacity, the UC entered an online fetish website. Different areas of this site are known to the UC as places where people meet, discuss, and trade original images of underage children and links containing child pornography.

5.      On February 02, 2026, Fetish website user "cowboy81000", later identified as ROBERT CLARK, initiated a private message chat with the UC. A review of the user's profile revealed a profile picture of an older, white, adult male with his information as "44M Dom" and location as "Mount Vernon, Ohio, United States." His account indicated his role preferences were "Dominant, Daddy Dom, Owner," and that he was looking for "submissive" and "slave." The account profile also displayed numerous pictures of an adult male's penis. The account further indicated that the user joined the website in June 2023. The user's profile picture is shown below:



6. A portion of the chat is below:

Cowboy81000: "How are you"
UC: "Good how's it going with you"
Cowboy81000: "It's going good here"
UC: "You a dad too"
Cowboy81000: "Yes I am"
UC: "Nice somewhere you like to chat"
Cowboy81000: "Session"

On Monday, February 02, 2026, Cowboy81000 sent the UC an alpha-numeric Session[1] ID code. Upon navigating to the Session chat, the UC observed the Session chat had the affiliated username "hillbilly8100." The UC wrote, "Hey it's Rob." Hillbilly8100, later identified as CLARK, responded, "Hey." The following is a portion of the messages sent on Session:

UC: "So you a fellow Perv"
CLARK: "Big time"
CLARK: "What about you"
UC: "Fuck yeah love it"
UC: "What ages do you like"
CLARK: "6+"
UC: "Mmmmm tight little bodies love it"
UC: "Younger the better for me 😈"
CLARK: "Oh"
CLARK: "U have content"
UC: "My links expired but I have a few of my daughter do you have any original content"
CLARK: "None of my daughter but yea"
UC: "What's the naughtiest you have"

7. On the same day, CLARK then sent three video files, one of which did not open. The UC reviewed the other two videos, which are described below:

    a. An eight-second-long video depicting a nude, prepubescent female, whose face and breasts are visible, and an adult female wearing a black lingerie-style bra and

---

1 Session is an open-source, public-key-based secure messaging application which uses a set of decentralized storage servers and an onion routing protocol to send end-to-end encrypted messages with minimal exposure of user metadata. It does this while providing the common features expected of mainstream messaging applications, such as multi-device syncing, offline inboxes, and voice/video calling.

underwear. The adult female rubs her own breasts and then rubs the young girl's exposed breasts and nipples.

    b.  A 59-second-long video depicting a prepubescent female and an adult female, both of whom are fully visible and nude from the waist down. The pre-pubescent female is wearing a black sports bra and has no visible breast development or pubic hair. The adult female is wearing a red, lingerie-style bra. Both are on their knees, facing away from the camera, each rubbing their buttocks and exposing their anuses and vaginas for the camera. As the video continues, the adult female holds the young girl's buttocks close to her face and displays the young girl's vagina and anus for the camera. The adult female then licks the child's vagina with her tongue.

8.     The UC stated, "Pretty fucking hot brother damn" and added, "One didn't play it's killing me."

9.     CLARK then sent another file that did not open. The UC sent two images that depicted a child and an adult penis on top of a pair of a female child's underwear. In the picture of the child, the child is wearing pink pajamas, and her shirt is lifted to reveal her stomach.[2]

10.     CLARK re-sent the two above-described video files and a third, one-minute-long video, which depicts two pre-pubescent females who are small in stature and have no visible pubic hair. They are both bent over with their anuses and vaginas displayed toward the camera, and they are digitally penetrating each other's anuses.

11.     The messages continued as follows:

CLARK: "Nice"
CLARK: "U don't have anything like I sent"
UC: "I don't record anything with my daughter only do live"
UC: "That's so sexy with the two of them"
CLARK: "None of that is my family"

---

[2]The images sent by the UC do not depict a real child or a real penis.

5

UC: "Still hot 🥵"
UC: "How old is your daughter"
CLARK: "8"
UC: "Not active with her"
CLARK: "No"
 CLARK: "Are u"
UC: "Yeah"
UC: "Wish we were neighbors to jerk together to some good content"
CLARK: "How active"
UC: "Oral jerking and play with her puffy"
UC: "You spy on yours"
CLARK: "A little"
CLARK: "Oral"
CLARK: "Her puffy what"
UC: "Puffy pussy"
UC: "Any good spy shots"
CLARK: "No"
CLARK: "U eat her"
UC: "Fuck yeah"
UC: "Any younger stuff you could send"
CLARK: "Lots of stuff"
CLARK: "U going to send me spy pics or vids"

12.     The messages then resumed as follows:

CLARK: "So u have nothing"
UC: "Just some stuff of my daughter but nothing crazy"
CLARK: "Vids"
UC: "No but I can do live if you want"
CLARK: "What are u going to do to her live"
UC: "Is there something you'd want to watch"
CLARK: "How old is she"
UC: "9"
CLARK: "Live or record u eating her ass and pussy"
UC: "Ok I have her tomorrow and can definitely make that happen"
CLARK: "Prefer videos"
CLARK: "How about you playing with her tits"

13.     The UC indicated he could do what CLARK asked and further wrote, "I've you

have more young would love to see." CLARK then sent four videos, which are described below:

a.  A 17-second long video depicting a nude, pubescent female balancing on her head

and elbows with her vagina and anus exposed to the camera.

6

b. A 24-second-long video depicting a prepubescent female lying on her back. Her breasts and vagina are visible, and she has no visible pubic hair or breast development. She is wearing pink sheer stockings and lace underwear that is pulled to the side to expose her vagina and anus. An adult male with an erect penis is seen ejaculating onto the girl's vagina and anus. The camera then zooms to display a close-up view of the child's vagina and anus with ejaculate on her body.

c. An 11-second-long video depicting two pubescent, teenage males standing next to a pubescent female on her knees. One of the males penetrates the female's mouth with his penis, while the other male masturbates his own penis next to her head.

d. A 13-second-long video depicting a prepubescent female, who is very small in stature. She is wearing a pink tank top, and her underwear is pulled down below her buttocks. An adult male hand is spreading her buttocks apart to expose her vagina and anus.

14. After sending the above referenced videos, CLARK added, "That's just the tip of what I have" and added that his favorite was the 59-second-long video, which was previously described in Paragraph 7. CLARK then referenced the one-minute video he previously sent, as described in Paragraph 10, CLARK wrote, "Love how they finger each other's ass."

15. The UC advised he was in the "DC/VA area," and CLARK responded, "Names Rick Alabama." CLARK then sent two videos that are sexual in nature and depict pubescent females, one of which depicts a pubescent female displaying her breasts for the camera.

16. The messages continued and a portion of those chats are as follows:

CLARK: "Can't wait to start playing with mine"
UC: "What's your plan"
CLARK: "Not sure yet""
UC: "Gotcha"

CLARK: "But when I start I won't stop"
UC: "I definitely couldn't"
CLARK: "Have you fucked her"
UC: "Yes she likes to ride me"
CLARK: "Nice"
UC: "How much spying have you done"
CLARK: "I have seen her puffy pussy it looks delicious"
UC: "Damn mmmmm"
UC: "Is her mom a perv too"
CLARK: "Can't wait to taste it"
CLARK: "No is urs"
UC: "No super vanilla"
UC: "I'm divorced"

17.     The UC then sent an image of a purported child wearing a pink shirt and pink-patterned underwear, to which CLARK responded, "Sexy little ass" and "I could eat it for hours." CLARK asked if he could save the pictures that the UC sent him. The UC agreed, and two subsequent notifications in the chat thread read, "Media saved by hillbilly8100." CLARK then added that he could not do "live" that night, but he would be free until 6:00 PM the following day. CLARK then attempted to send a file twice with the caption, "Love this." The UC advised that the files did not open and provided his phone number. CLARK attempted to send the file one more time. On the same day at 4:32 PM, CLARK, wrote, "Messaged you."

18.     On the same day, the UC received a message from the telephone number XXX-XXX-2595 advising he was the user from Session. CLARK then distributed three additional video files to the UC via phone number XXX-XXX-2595, two of which depict age-questionable pubescent females. The videos are described below:

a.  One video depicting a pubescent female orally penetrating the vagina of another pubescent female.

b.  One pubescent female displaying her breasts for the camera.

8

    c.    One adult female performing oral sex on an adult penis while she breast-feeds her toddler-age female daughter.

19.    On the same day, CLARK sent two more CSAM videos to the UC via Session, which are described below:

    a.    A one minute and five-second-long video depicting a pre-pubescent female licking the vagina of a fully nude adult female.

    b.    A 17-second-long video of a fully nude, toddler-age female with her legs spread apart, rubbing a toy against her vagina. An adult male voice can be heard asking, "You like playing with that vibrator on your pussy?" The toddler-age female replied, "no" and shook her head.

20.    CLARK further wrote, "U know what would be hot as fuck"…"Ur daughter and my niece eating each other's pussy." CLARK then sent a picture with the caption, "My niece." The picture shows a young female wearing a white fur jacket and white pants with snow and mountains in the background. The image appears to be AI-generated. CLARK then added the following comments "Ment daughter"…" and "My niece looks almost like her." The UC wrote, "Oh damn holidays must be fun at your house," and CLARK responded, "If I could play with both my niece and daughter at the same time yes it would be."

21.    Approximately thirty minutes later, CLARK re-initiated the conversation and wrote, "To be honest I don't think ur daughter could handle my cock" and added that he was "9 inches." CLARK then sent two more videos of pubescent, age-questionable females engaging in sexual acts.

22.    On Tuesday, February 3, 2026, CLARK messaged the UC "Morning" and asked if the UC got the last video he sent. The UC confirmed he received it, and CLARK asked, "U liking

9

everything," and subsequently sent a 44-second-long video depicting a pubescent female lying on her back with a nude, toddler-age female sitting on top of her. The pubescent female is holding the toddler's legs apart and penetrating the toddler's vagina with her tongue. CLARK added, "U know what I would love to c." He then sent a 14-second-long video depicting a toddler-age female lying on her back, and she is naked from the waist down. An adult hand is seen rubbing her body and the exterior of her vagina.

23. On the same day, the UC asked CLARK to send a verification picture, and CLARK sent a picture of an adult man who appeared to be the same person visible on the online fetish website profile for "cowboy81000." The image sent by CLARK is shown below:



24. The UC advised that he missed the text message about what CLARK wanted to see, and CLARK responded, "Ur daughter doing a little strip dance." Later that day, the UC advised that he had to take his daughter to practice, and CLARK asked, "How long will u be there" and "Ur going to send some vids of her right." CLARK then asked, "Does she play with herself."

25. On Wednesday, February 4, 2026, CLARK texted the UC at 6:36 AM, "Morning" and then sent a five-second long video depicting a nude, toddler-age female lying on a bed with her legs spread apart, with her anus and vagina visible. An adult female is seen touching the child's

10

vagina and penetrating the child's vagina with her tongue. Approximately four hours later, CLARK sent two additional videos, one of which was a 23-second-long video depicting a nude, prepubescent female and a pubescent female. The prepubescent female urinates on the other female's stomach, and the pubescent female rubs the urine over her breasts and body and then penetrates the prepubescent female's vagina with her tongue. After sending the video, CLARK wrote, "U should try that with ur daughter" and "Was thinking u piss on her."

26. CLARK sent more videos depicting pubescent, age-questionable females rubbing their exposed breasts. On February 5, 2026, CLARK again messaged the UC, "Morning." Approximately six hours later, CLARK sent a 31-second-long video depicting a nude, toddler-age female wearing a black face mask. She is lying on her back with her anus and vagina displayed toward the camera, and she can be seen penetrating her anus with a hairbrush. On February 6, 2026, CLARK again re-engaged the UC writing, "Morning," and then several hours later added, "Guess ur a joke."

## SUBJECT IDENTIFICATION[3]

20. In the messages exchanged on Session, the user of Hillbilly8100 advised that his name was "Rick" and that he lived in Alabama. However, the "Cowboy81000" account profile reported the user as a 44-year-old male living in Mount Vernon, Ohio, United States.

21. On February 03, 2026, a member of the CEHTTF served an administrative subpoena to the online fetish website regarding user Cowboy81000. On February 04, 2026, the website responded and provided an email address, XXXXXXXXX193781@gmail.com, the user's date of birth as XX/XX/1981, and an IP address of 98.157.89.101 that resolves to Mount Vernon, OH. The user's listed location was also Mt. Vernon, OH.

---

[3] Where redacted, the full email, birth date, phone number, social security number, and address is known by law enforcement. The information is redacted to protect privacy.

11

22.     Accurint queries for the phone number XXX-XXX-2595 provided by Session user Hillbilly8100 revealed that the phone number belongs to Robert Clark, DOB: XX/XX/1981 (the same date of birth associated with the fetish website account), a social security number, and an address of  XXX Arch Avenue, Mount Vernon, OH 43050.

23.     On February 4, 2026, your affiant obtained Department of Motor Vehicles records for Robert Clark, date of birth XX/XX/1981, and the same social security number reflected in the above-referenced Accurint results. A review of Clark's driver's license photograph revealed it depicts the same individual as the individual in the fetish website profile picture and the picture sent to the UC on February 3, 2026.  CLARK's diver's license picture is shown below:



24.     On February 9, 2026, an administrative subpoena was served to Google, Inc. for subscriber information associated with the email address XXXXXXXXX193781@gmail.com. Google, Inc. provided the subscriber of the account as "Robert Clark" with a recovery phone number as XXX-XXX-7277. Accurint queries indicate this phone number is a prepaid number provided by Metro PCS.

12

25. On March 11, 2026, an administrative subpoena was served to Google, Inc. for subscriber information affiliated with the email address XXXXX633@gmail.com, which was listed as an additional user profile on the affiliated device for the Google account XXXXXXXXX193781@gmail.com.

26. On March 12, 2026, Google provided the subscriber of the email address as "Robert Clark" with the recovery email address XXXXXXXXX193781@gmail.com and recovery telephone number XXX-XXX-2595.

27. On February 13, 2026, an administrative subpoena was served to T-Mobile USA for subscriber information affiliated with the telephone number XXX-XXX-2595, the phone number associated with the above-referenced Session account. T-Mobile provided the subscriber of the phone number for the time period of February 13, 2024, through March 4, 2024, as Robert Clark at the address XXX E Vine St Mount Vernon, OH 43050. Per law enforcement database queries, the telephone number changed to Verizon after that date. An additional administrative subpoena was served to Verizon Wireless for the time period of March 5, 2026, to present, and no response has been received to date.

28. Queries of law enforcement records revealed a Mount Vernon Police Department accident report dated 1/01/2026, which listed "Robert Isaac Clark" as an involved party, with the date of birth XX/XX/1981 (the same date of birth associated with the Session account and fetish website accounts referenced above), telephone number XXX-XXX-2595, OH driver's license XXXX3967, and address XXX Arch Ave Mount Vernon, OH 43050.

13

## CONCLUSION

26.     For the reasons set forth above, I submit that probable cause exists to believe that, on February 2, 2026, through February 5, 2026, ROBERT CLARK committed the offense of Distribution of Child Pornography, in violation of 18 U.S.C. 2252(a)(2).

Respectfully submitted,

*Kelly McLeod*

_____
Kelly McLeod, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) by telephone on March 17, 2026.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

14

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:26-mj-00056<br>Assigned To: Judge Faruqui, Zia M.<br>Assign. Date: 3/17/2026<br>Description: COMPLAINT W/ARREST WARRANT |
| **v.** | : | **VIOLATIONS:** |
| **ROBERT CLARK,** | : | **18 U.S.C. § 2252(a)(2) and (b)(1)** |
| **Defendant.** | : | **(Distribution of Child Pornography)** |

: : : : :

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.  IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2.  IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:   March 17, 2026



_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE